IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,                      No. CR S-02-0197 MCE DAD P

   vs.

EMUEL JAMES SMOTHERS,

      Movant.                         <u>ORDER</u>

_____/

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Since movant may be entitled to the requested relief if he can establish a violation of his constitutional rights, respondent will be directed to respond to the motion.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Respondent shall file and serve a response to movant's § 2255 motion within sixty days after this order is served.  <u>See</u> Rules 4 and 5, Rules Governing Section 2255 Proceedings;

        2. If respondent files and serves an opposition to the § 2255 motion, movant's reply to the opposition shall be filed and served within thirty days after the opposition is served;

/////

1

3. If respondent files and serves a procedural motion, movant's opposition shall be filed and served within thirty days after the countermotion is served, and respondent's reply shall be filed and served within thirty days after the opposition is served; and

4. The Clerk of the Court shall serve a copy of this order, together with a copy of the § 2255 motion filed by movant, on the United States Attorney or his authorized representative.

DATED: May 28, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
smot0197.206