IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Respondent, | No. CR S-02-0197 MCE DAD P |
| vs. | | |
| EMUEL JAMES SMOTHERS, | | |
| | Movant.    / | FINDINGS & RECOMMENDATIONS |

       Movant is a former federal prisoner proceeding pro se with a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.[1] Several court orders were served on movant's address of record and returned by the postal service. It appears that movant has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

       Accordingly, IT IS HEREBY RECOMMENDED that

       1. Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 111) be dismissed for movant's failure to keep the court apprised of his current address. See Local Rule 83-183(b) and 11-110.

---

[1] This motion was assigned, for statistical purposes, the following case number: No. CIV S-05-00010 MCE DAD P.

1

2. The Clerk of the Court be directed to close the companion civil case No. CIV S-05-00010 MCE DAD P.

These findings and recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 8, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
smothers197.233